GUY B. WALLACE (State Bar No. 176151)
ELISA P. LAIRD (State Bar No. 225563)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
TTY: (415) 421-1655

Attorneys for Plaintiffs

ROBERT K. CARROL (State Bar No. 81277)
MATTHEW D. BOTTING (State Bar No. 158670)
NIXON PEABODY LLP
Two Embarcadero Center, Suite 2700
San Francisco, CA 94111-3996
Telephone: (415) 984-8200
Facsimile: (415) 984-8300

Attorneys for Defendants Sea Ranch Lodge & Village, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD CHABNER and MICHELE DESHA, <br><br> Plaintiffs, <br><br> vs. <br><br> SEA RANCH LODGE & VILLAGE, LLC, COASTAL HOTEL GROUP INC., and DOES 1-5, <br><br> Defendants. | No. C 04-4868 SI <br><br> **STIPULATION AND [proposed] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

-1-

SCHNEIDER
& WALLACE

*Chabner v. Sea Ranch Lodge, et al.*, C-04-4868 SI
STIPULATION & [proposed] ORDER RE CASE MANAGEMENT CONFERENCE

    IT IS HEREBY STIPULATED by and between the parties that the Case Management Conference presently scheduled for July 1, 2005 be continued to September 2, 2005 at 2:30 p.m. The parties have agreed to continue the Case Management Conference because the mediation in this matter with Judge Lynch at JAMS is scheduled for July 26, 2005. The parties shall file their Joint Case Management Conference Statement by no later than August 26, 2005.

Dated: June 30, 2005                      SCHNEIDER & WALLACE

_____
Guy B. Wallace
Attorneys for Plaintiffs

DATED: June 30, 2005                  NIXON PEABODY LLP

_____
Matthew D. Botting
Attorneys for Defendants Sea Ranch Lodge & Village

## ORDER

    Good cause appearing therefore, the Case Management Conference continued, and is set for September 2, 2005 at 2:30 p.m. The parties shall file their Joint Case Management Conference Statement by no later than August 26, 2005.

**IT IS SO ORDERED.**

DATED: _____        _____
HON. S[USAN ILLSTON]
United States [District Judge]

[APPROVED — Judge Susan Illston]