IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD CHABNER, <br><br> Plaintiff, <br><br> v. <br><br> SEA RANCH LODGE, <br><br> Defendant. _____/ | No. C 04-04868 SI <br><br> **SECOND** <br> **PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 1, 2005 at 2:30 p.m..
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is January 31, 2006

DESIGNATION OF EXPERTS:  Pltf. 11/4/05; REBUTTAL: 11/30/05.
     Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is January 31, 2006.

DISPOSITIVE MOTIONS **SHALL** be filed by April 21, 2006;

     Opp. Due May 5, 2006;  Reply Due May 12, 2006;

     and set for hearing no later than May 26, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: June 20, 2006 at 3:30 PM.

JURY TRIAL DATE: June 26, 2006 at 8:30 AM.,
     Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be five days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Plaintiff indicated that the new owner of the hotel will need to be brought into this case. A motion for leave to amend will be filed.

The parties have agreed to participate in a follow-up mediation session with Judge Lynch on September 13, 2005.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 9/7/05

_____
SUSAN ILLSTON
United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HOWARD CHABNER,

    Plaintiff,

v.

SEA RANCH LODGE,

    Defendant.

No. C 04-04868 SI

**SECOND PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 1, 2005 at 2:30 p.m..
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is January 31, 2006

DESIGNATION OF EXPERTS: Pltf. 11/4/05; REBUTTAL: 11/30/05.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is January 31, 2006.

DISPOSITIVE MOTIONS **SHALL** be filed by April 21, 2006;

    Opp. Due May 5, 2006;  Reply Due May 12, 2006;

    and set for hearing no later than May 26, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: June 20, 2006 at 3:30 PM.

JURY TRIAL DATE: June 26, 2006 at 8:30 AM.,
    Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be five days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Plaintiff indicated that the new owner of the hotel will need to be brought into this case. A motion for leave to amend will be filed.

The parties have agreed to participate in a follow-up mediation session with Judge Lynch on September 13, 2005.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 9/7/05

                                            SUSAN ILLSTON
                                            United States District Judge