| | |
|---|---|
| 1 | GUY B. WALLACE, State Bar No. 176151 |
| 2 | SAIDA M. BENGUEREL, State Bar No. 240837 |
| | SCHNEIDER & WALLACE |
| 3 | 180 Montgomery Street, Suite 2000 |
| | San Francisco, California 94104 |
| 4 | Telephone: (415) 421-7100 |
| | Facsimile: (415) 421-7105 |
| 5 | TDD: (415) 421-1655 |

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD CHABNER and MICHELE DESHA, | No. C 04-4868 SI |
| Plaintiffs, | **NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO Fed. R. Civ. P. 41** |
| vs. | |
| SEA RANCH HOLDINGS, LLC, ABALONE COVE MANAGEMENT COMPANY, LLC, PASSPORT RESORTS, LLC, SEA RANCH LODGE & VILLAGE, LLC, and COASTAL HOTEL GROUP, INC. | |
| Defendants. | |

*Chabner v. Sea Ranch Holdings, et al.* C 04-4868 SI
Plaintiffs' Notice of Dismissal with Prejudice

**NOTICE OF DISMISSAL**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs Howard Chabner and Michele DeSha hereby dismiss with prejudice their claims against Sea Ranch Holdings, LLC, Abalone Cove Management Company, LLC, Passport Resorts, LLC, and Sea Ranch Lodge & Village, LLC, in accordance with the terms of the Settlement Agreement and Order Approving Same executed by the foregoing parties on April 7, 2006, and which was approved by the Court on April 12, 2006.

This Notice of Dismissal does not apply to Coastal Hotel Group, Inc.

DATED: April 12, 2006                    SCHNEIDER & WALLACE

_____
GUY B. WALLACE
Attorneys for Plaintiffs



IT IS SO ORDERED
Judge Susan Illston

---

SCHNEIDER & WALLACE

*Chabner v. Sea Ranch Holdings, et al.* C 04-4868 SI
Plaintiffs' Notice of Dismissal with Prejudice

1