GUY B. WALLACE, State Bar No. 176151
SAIDA M. BENGUEREL, State Bar No. 240837
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
TDD: (415) 421-1655

Attorneys for Plaintiffs

STEPHEN A. SCOTT, State Bar No. 67467
HAYES DAVIS ELLINGSON McLAY & SCOTT, LLP
203 Redwood Shores Parkway, Suite 480
Redwood Shores, CA 94065
Telephone: (650) 637-9100
Facsimile: (650) 637-8071

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD CHABNER and MICHELE DESHA,<br><br>Plaintiffs,<br><br>vs.<br><br>SEA RANCH HOLDINGS, LLC, ABALONE COVE MANAGEMENT COMPANY, LLC, PASSPORT RESORTS, LLC, SEA RANCH LODGE & VILLAGE, LLC, and COASTAL HOTEL GROUP, INC.<br><br>Defendants. | No. C 04-4868 SI<br><br>**JOINT NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO** Fed. R. Civ. P. 41 |

SCHNEIDER & WALLACE

*Chabner v. Sea Ranch Holdings, et al.* C 04-4868 SI
Joint Notice of Dismissal with Prejudice Re Coastal Hotel Group

To: RelayFax via port COM4  Case 3:04-04868-SID Document 143  From: 1  Filed 07/12/2006  7/12/2006 2:55:11 PM  Page 2 of 2  (Page 3 of 3)
07/12/2006 14:57   1   HAYES DAVIS   PAGE 03/03
To: Stephen Scott   From: Schneider and Wallace   7/12/2006 1:24:12 PM (Page 3 of 3)

## NOTICE OF DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs Howard Chabner and Michele DeSha hereby dismiss with prejudice their claims against Coastal Hotel Group, Inc. in the above-captioned matter. Defendant Coastal Hotel Group, Inc. hereby dismisses with prejudice its counterclaims against Plaintiffs Howard Chabner and Michele DeSha in the above-captioned matter. The parties have fully resolved through settlement all claims herein.

Dated: July 12, 2006        SCHNEIDER & WALLACE

                            _____
                            GUY B. WALLACE
                            Attorneys for Plaintiffs

Dated: July 12, 2006        HAYES DAVIS ELLINGSON McLAY & SCOTT, LLP

                            _____
                            STEPHEN A. SCOTT
                            Attorneys for Defendants



IT IS SO ORDERED
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SCHNEIDER & WALLACE

*Chabner v. Sea Ranch Holdings, et al.* C 04-4868 SI
Joint Notice of Dismissal with Prejudice

1